IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAMON DEVEAUX,

    Petitioner,

                             CASE NO. 2:07-CV-1154
v.                            CRIM. NO. 2:04-CR-163(4)
                             JUDGE GRAHAM
                             MAGISTRATE JUDGE KING

UNITED STATES OF AMERICA,

    Respondent.

## OPINION AND ORDER

On February 17, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C.§ 2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                      S/ James L. Graham
                                                      JAMES L. GRAHAM
Date: March 12, 2009                            United States District Judge